# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BOBBY JEHU STROUP, | ) | 3:10-cv-562-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 8, 2011 |
| | ) | |
| GREGORY MARTIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:** THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** JENNIFER COTTER   **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for an Enlargement of Time to File Motion for Summary Judgment (Second Request) (Doc. #12). Good cause appearing,

Defendants' Motion for an Enlargement of Time to File Motion for Summary Judgment (Second Request) (Doc. #12) is **GRANTED**. The last day to file dispositive motions is extended to and including **Friday, October 21, 2011**. **THERE SHALL BE NO FURTHER EXTENSIONS GRANTED.**

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk