UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| BOBBY J. STROUP, | CASE NO. 3:10-CV-00562-HDM-WGC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATED: April 24, 2012 |
| GREGORY MARTIN, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE WILLIAM G. COBB , U.S. MAGISTRATE JUDGE

Deputy Clerk: KATIE LYNN OGDEN      Reporter: FTR: 09:19:37 a.m. - 09:34:01 a.m.

Counsel for Plaintiff:  BOBBY J. STROUP, In Pro Per (telephonically)

Counsel for Defendant(s):  KELLY WERTH

PROCEEDINGS: **MOTION HEARING**

9:19 a.m. Court convenes.

The Court and parties confer regarding the subject motions.

**Motion to Extend Time to Respond to Motion for Summary Judgment (Dkt. No. 33)**

IT IS ORDERED the Motion to Extend Time is **GRANTED** to the extent that Plaintiff shall have up to and including **May 15, 2012**, to respond to Defendants' Motion for Summary Judgment (Dkt. No. 17). Thereafter, Defendants shall have **ten (10) days** in which to file a reply. **No further extensions of time shall be granted**.

IT IS FURTHER ORDERED that the Defendants shall produce to Plaintiff Exhibit B of the Motion for Summary Judgment. Plaintiff may keep this exhibit in his cell at Northern Nevada Correctional Center for the purpose of review and preparation for his opposition.

IT IS FURTHER ORDERED that Plaintiff shall be given a total of **six (6) hours**, or three sessions of two hours each session, to review his medical records.

Page 2
3:10-CV-00562-HDM-WGC (Stroup vs. Martin, et al)
April 24, 2012

**Motion Requesting Order be Enforced (Dkt. No. 34)**

Given the occurrence as mentioned above, IT IS ORDERED that Plaintiff's Motion Requesting Order be Enforced is **DENIED** as moot.

9:34 a.m.  Court adjourns.

                      LANCE S. WILSON, CLERK

                      By:     /s/
                            Deputy Clerk