**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BOBBY J. STROUP, | ) | 3:10-cv-00562-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MARJORIE HECKER, T. JONES, GREGORY MARTIN, | ) ) | |
| | ) | |
| Defendants. | ) | |

Before the court is the report and recommendation of the United States Magistrate Judge (#43), filed on June 7, 2012. In the report and recommendation, the magistrate judge recommends that this court enter an order granting the defendants' motion for summary judgment (#17). Plaintiff objected (#46) and defendants responded (#47).[1]

The court has considered the pleadings and memoranda of the

---

[1] In addition to plaintiff's objections to the magistrate judge's reasoning in recommending that this court grant defendants' motion for summary judgment, plaintiff objected to magistrate judge's citations to plaintiff's medical records. (#46, p. 3). This court rejects plaintiff's objection. Plaintiff's claim placed his medical condition at issue and plaintiff's medical records are the direct evidence of plaintiff's claim. Nevertheless, the records themselves remain sealed despite plaintiff's claim that they have been improperly published.

1

parties and other relevant matters of record.  It has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law.  Based on this review, the court hereby accepts and adopts the report and recommendation of the magistrate judge.  Accordingly, the motion of the defendants, Marjorie Hecker, T. Jones, and Gregory Martin, for summary judgment (#17) is **GRANTED.**

**IT IS SO ORDERED.**

DATED: This 10th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

2